CHARLES D. COLETT, OSB #79191
COLETT LAW GROUP, LLP
1 Lincoln Center
10300 S.W. Greenburg Road, Suite 310
Portland, Oregon 97223-5489
Telephone: (503) 598-3411
Facsimile: (503) 598-4646
E-mail: chuck@galtonscottcolett.com
Attorneys for Plaintiffs Oregon Laborers-Employers Trust Funds, et al.

FILED
MAY 14 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

OREGON LABORERS-EMPLOYERS HEALTH & WELFARE TRUST FUND, OREGON LABORERS-EMPLOYERS PENSION TRUST FUND, OREGON & SOUTHERN IDAHO LABORERS-EMPLOYERS TRAINING TRUST FUND, OREGON LABORERS-EMPLOYERS COOPERATION & EDUCATION TRUST, PREVAILING WAGE LAW ENFORCEMENT TRUST, CONTRACT ADMINISTRATION FUND, CONSTRUCTION INDUSTRY DRUG FREE WORKPLACE PROGRAM TRUST,

Plaintiffs,

v.

ASAP FLAGGING & TRAFFIC CONTROL, INC.,an Oregon corporation; ASAP FLAGGIN' INC, an Oregon assumed business name; ROAD RUNNER FLAGGING, INC., an Oregon corporation; A1-ROADRUNNER FLAGGING, LLC, an Oregon limited liability corporation; and TIMOTHY COVINGTON SR., an individual.

Defendants.

Civil Case No. CV09-1387-AC

ORDER OF DISMISSAL AS TO DEFENDANT TIMOTHY COVINGTON ONLY

COLETT LAW GROUP, LLP
1 LINCOLN CENTER
10300 S.W. GREENBURG ROAD, SUITE 310
PORTLAND, OREGON 97223-5489
TELEPHONE (503) 598-3411
FAX (503) 598-4646
EMAIL: chuck@galtonscottcolett.com

This Matter having come before this Court on Plaintiffs' Motion for Order of Dismissal Against Individual Defendant Timothy Covington;

**IT IS HEREBY ORDERED** that Plaintiffs' Complaint as to Timothy Covington only be dismissed without prejudice and without cost or attorney fees to either party.

DATED this ~~22~~ 13th day of ~~April~~ May, 2010.

UNITED STATES ~~DISTRICT COURT~~ Magistrate JUDGE

**PRESENTED BY:**

CHARLES D. COLETT, OSB #79191
OF ATTORNEYS FOR PLAINTIFFS
COLETT LAW GROUP, LLP
1 Lincoln Center
10300 S.W. Greenburg Road, Suite 310
Portland, Oregon 97223-5489
Telephone: (503) 598-3411
Facsimile: (503) 598-4646
Email: chuck@galtonscottcolett.com

Page 2 - ORDER OF DISMISSAL AS TO DEFENDANT TIMOTHY COVINGTON ONLY

COLETT LAW GROUP, LLP
1 LINCOLN CENTER
10300 S.W. GREENBURG ROAD, SUITE 310
PORTLAND, OREGON 97223-5489
TELEPHONE (503) 598-3411
FAX (503) 598-4646
EMAIL: chuck@galtonscottcolett.com